John J. McLeod, Esq., Cal. Bar No. 174169
jmcleod@mcleodlawgroup.com
Paul C. Hirst, Esq., Cal. Bar No. 234460
phirst@mcleodlawgroup.com
McLEOD LAW GROUP, A.P.C.
1155 Camino Del Mar, Suite 510
Del Mar, California 92014
Telephone: (619) 236-9938
Facsimile: (619) 236-9943

Attorneys for Defendant,
MUHLHAUSER STEEL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MULHAUSER STEEL, INC., a California Corporation; ANGELES CONTRACTOR, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:24-cv-01913-FMO-ADS<br><br>**NOTICE OF MOTION AND MOTION TO STAY**<br><br>Hearing Date: February 27, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom 6D<br><br>Filed concurrently with:<br>1. Memorandum of Points & Authorities;<br>2. Declaration of Paul C. Hirst;<br>3. Request for Judicial Notice; and<br>4. [Proposed] Order. |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on February 27, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 6D of the above-entitled court, located at 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, defendant Muhlhauser Steel, Inc. ("Muhlhauser"), through its attorneys of record herein, will and hereby do move this court as follows:

For an order staying the instant insurance coverage action until resolution of the underlying third-party claims asserted against Muhlhauser in the lawsuit styled *Angeles Contractor, Inc. v. Muhlhauser Steel, Inc., et al.*, pending in Orange County Superior Court, case no. 30-2021-01211990-CU-BC-CJC.

Said motion will be based upon this Notice of Motion and Motion, as well as the Memorandum of Points and Authorities, the Declaration of Paul C. Hirst, and the Request for Judicial Notice filed concurrently herewith, as well as the complete files and records in this action, and upon all other matters upon which this court may take judicial notice.

This motion is made following a conference of counsel pursuant to L. R. 7-3 which took place on October 8, 2024.

DATED: January 22, 2025         McLEOD LAW GROUP, A.P.C.


By:   /s/Paul C. Hirst
JOHN J. McLEOD
PAUL C. HIRST

Attorneys for Defendant, MUHLHAUSER STEEL, INC.
Email: jmcleod@mcleodlawgroup.com
        pchirst@mcleodlawgroup.com