John J. McLeod, Esq., Cal. Bar No. 174169
jmcleod@mcleodlawgroup.com
Paul C. Hirst, Esq., Cal. Bar No. 234460
phirst@mcleodlawgroup.com
McLEOD LAW GROUP, A.P.C.
1155 Camino Del Mar, Suite 510
Del Mar, California 92014
Telephone: (619) 236-9938
Facsimile: (619) 236-9943

Attorneys for Defendant,
MUHLHAUSER STEEL, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MULHAUSER STEEL, INC., a California Corporation; ANGELES CONTRACTOR, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:24-cv-01913-FMO-ADS<br><br>**DECLARATION OF PAUL C. HIRST IN SUPPORT OF MOTION TO STAY**<br><br>Hearing Date: February 27, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom 6D<br><br><u>Filed concurrently with:</u><br>*1. Notice of Motion and Motion;*<br>*2. Memorandum of Points & Authorities;*<br>*3. Request for Judicial Notice; and*<br>*4. [Proposed] Order.* |

24-cv-01914-FMO-ADS

HIRST DECLARATION ISO MOTION TO STAY

I, Paul C. Hirst, declare:

1.      I am an attorney duly licensed to practice law before all courts of the State of California.  I am a partner with the law firm of McLeod Law Group, A.P.C. ("MLG"), counsel of record for defendant Muhlhauser Steel, Inc. ("Muhlhauser") in the above-entitled action.  I make this declaration in support of Muhlhauser's motion to stay this insurance coverage action ("Coverage Action") until resolution of the underlying third-party claims asserted against it in the lawsuit styled *Angeles Contractor, Inc. v. Muhlhauser Steel, Inc., et al.*, pending in Orange County Superior Court, case no. 30-2021-01211990-CU-BC-CJC ("Underlying Action").  I have personal knowledge of the matters set forth herein and if called upon to testify I could and would competently do so, except as to those matters stated on information and belief and, as to those matters, I believe them to be true.

2.      On October 7, 2024, I sent an email to counsel for plaintiff The Travelers Indemnity Company of Connecticut ("Travelers"), Lindsee Falcone, Esq., indicating that Muhlhauser was contemplating filing a motion to stay this Coverage Action pending resolution of the Underlying Action, and requesting a phone call to meet and confer about the contemplated motion pursuant to L.R. 7-3.  Ms. Falcone and I participated in the meet and confer call on October 8, during which we discussed the substance of the contemplated motion to stay and were not able to come to any potential resolution.

3.      On October 11, 2024, ACI filed its motion to dismiss this Coverage Action (Document No. 12), and the Court denied ACI's motion on January 8, 2025 (Document No. 27).

4.      On January 10, 2025, I sent another email to Ms. Falcone seeking to confirm that per our October 8 meet and confer call, the parties were at an impasse on the substance of Muhlhauser's contemplated motion to stay and that no further meet and confer would be warranted.  I invited Ms. Falcone to participate in another meet and confer call if she believed anything had changed since our October 8 meet and confer.  Ms. Falcone responded to me via email on January 10, confirming that we had

completed a significant meet and confer and ended at an impasse. A true and correct copy of the October 7, 2024 through January 10, 2025 email exchange between me and Ms. Falcone is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed at Castle Rock, Colorado, on January 22, 2025.

_/s/ Paul C. Hirst_

Paul C. Hirst, Esq.

HIRST DECLARATION ISO MOTION TO STAY

## TABLE OF CONTENTS – EXHIBITS

| Exhibit | Description | Page |
|---------|-------------|------|
| C | Email exchange between counsel dated October 7, 2024 through January 10, 2025. | 1 |

# EXHIBIT C

Exhibit C
Page 1

**From:** **Lindsee Falcone** lfalcone@aguileragroup.com 📎
**Subject:** Re: Travelers v. Muhlhauser Steel
**Date:** January 10, 2025 at 4:27 PM
**To:** Paul Hirst pchirst@mcleodlawgroup.com
**Cc:** John McLeod jmcleod@mcleodlawgroup.com, Analise Silva asilva@mcleodlawgroup.com, Rene Daley rdaley@aguileragroup.com, Peter Schulz pjs@sbrlawsd.com, Jon Brick jsb@sbrlawsd.com

LF

Hi Paul,

I agree, we completed a significant meet and confer and ended at an impasse.

Best,
Lindsee

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Paul Hirst <pchirst@mcleodlawgroup.com>
**Sent:** Friday, January 10, 2025 6:05:03 PM
**To:** Lindsee Falcone <lfalcone@aguileragroup.com>
**Cc:** John McLeod <jmcleod@mcleodlawgroup.com>; Analise Silva <asilva@mcleodlawgroup.com>; Rene Daley <rdaley@aguileragroup.com>; Peter Schulz <pjs@sbrlawsd.com>; Jon Brick <jsb@sbrlawsd.com>
**Subject:** Re: Travelers v. Muhlhauser Steel

Lindsee,

Hope all is well and that you and your family enjoyed the holidays.

Back on October 8, prior to ACI filing its motion to dismiss, we had a meet and confer call regarding Muhlhauser's contemplated motion to stay. We discussed the substance of the motion and were not able to come to any potential resolution. I believe we agreed that we were at an impasse on the substance of the stay motion and no further meet and confer would be warranted. Would you please respond to this email and confirm the same?

If you believe anything has changed since then or would like to have a further meet and confer, please let me know your availability for such a call early next week. Assuming we are at an impasse, we would like to file the motion with our responsive pleading currently due on January 22. So, we would need to have the call by Wednesday, January 15, if at all possible.

Look forward to hearing from you.

Thanks,

Paul


Paul C. Hirst, Esq.



1155 Camino Del Mar, Suite 510
Del Mar, California 92014
Telephone: (619) 236-9938
Facsimile: (619) 236-9943
www.mcleodlawgroup.com

On Oct 7, 2024, at 2:16 PM, Lindsee Falcone <lfalcone@aguileragroup.com> wrote:

You can call my cell directly. 978-660-5814

Thanks.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Paul Hirst <pchirst@mcleodlawgroup.com>

Exhibit C
Page 2

**Sent:** Monday, October 7, 2024 4:05:26 PM
**To:** Lindsee Falcone <lfalcone@aguileragroup.com>
**Cc:** Paul Hirst <pchirst@mcleodlawgroup.com>; John McLeod <jmcleod@mcleodlawgroup.com>; Analise Silva <asilva@mcleodlawgroup.com>; Rene Daley <rdaley@aguileragroup.com>; Eric Aguilera <eaguilera@aguileragroup.com>
**Subject:** Re: Travelers v. Muhlhauser Steel

That works for me.  What number should I call you at?

Paul C. Hirst, Esq.



1155 Camino Del Mar, Suite 510
Del Mar, California 92014
Telephone: (619) 236-9938
Facsimile: (619) 236-9943
www.mcleodlawgroup.com

On Oct 7, 2024, at 2:00 PM, Lindsee Falcone <lfalcone@aguileragroup.com> wrote:

Hi Paul,

I can discuss tomorrow. How about 11am?

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Paul Hirst <pchirst@mcleodlawgroup.com>
**Sent:** Monday, October 7, 2024 1:26:31 PM
**To:** Lindsee Falcone <lfalcone@aguileragroup.com>
**Cc:** John McLeod <jmcleod@mcleodlawgroup.com>; Analise Silva <asilva@mcleodlawgroup.com>; Rene Daley <rdaley@aguileragroup.com>; Eric Aguilera <eaguilera@aguileragroup.com>
**Subject:** Travelers v. Muhlhauser Steel

Lindsee,

We are contemplating filing a motion to stay this action pending resolution of the underlying case.  Prior to bringing the motion, we are required to meet and confer pursuit to Local Rule 7-3.  Do you have time later today or tomorrow to discuss?

Paul

Paul C. Hirst, Esq.

<PastedGraphic-3.tiff>

1155 Camino Del Mar, Suite 510
Del Mar, California 92014
Telephone: (619) 236-9938
Facsimile: (619) 236-9943
www.mcleodlawgroup.com

Exhibit C
Page 3