# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MULHAUSER STEEL, INC., a California Corporation; ANGELES CONTRACTOR, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:24-cv-01913-FMO-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY**<br><br>Hearing Date: February 27, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom 6D |

1 | TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendant Muhlhauser Steel, Inc.'s ("Muhlhauser") motion for an order staying the instant insurance coverage action ("Coverage Action") until resolution of the underlying third-party claims asserted against Muhlhauser in the lawsuit styled *Angeles Contractor, Inc. v. Muhlhauser Steel, Inc., et al.*, pending in Orange County Superior Court, case no. 30-2021-01211990-CU-BC-CJC ("Underlying Action"), came on regularly for hearing before this court on February 27, 2025, at 10:00 a.m., in Courtroom 6D of the above-entitled court, The Honorable Fernando M. Olguin presiding. Appearances were stated in the record.

After full consideration of the evidence, and the authority submitted by counsel, as well as counsels' oral argument, the court hereby ORDERS as follows:

Muhlhauser's motion for an order staying the instant Coverage Action is GRANTED. The instant Coverage Action is hereby stayed in its entirety until after resolution of the Underlying Action in accordance with *Landis v. North American Co.*, 299 U.S. 248 (1936).

IT IS SO ORDERED.

Dated: _____          _____
                                          HON. FERNANDO M. OLGUIN