Peter J. Schulz, Esq. (SBN 167646)
pjs@sbrlawsd.com
Jon S. Brick, Esq. (SBN 120474)
jsb@sbrlawsd.com
SCHULZ BRICK & ROGASKI
600 West Broadway, Suite 960
San Diego, California 92101
Tel: (619) 234-3660
Fax: (619) 234-0626

Attorneys for Defendant ANGELES CONTRACTOR, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUHLHAUSER STEEL, INC., a California corporation; ANGELES CONTRACTOR, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-01913-KES<br><br>**DEFENDANT ANGELES CONTRACTOR, INC.'S JOINDER IN DEFENDANT MUHLHAUSER STEEL, INC.'S MOTION TO STAY**<br><br>**Date:** February 27, 2025<br>**Time:** 10:00 a.m.<br>**Dept.:** Courtroom 6D |

Defendant ANGELES CONTRACTOR, INC. ("ACI") joins in Defendant MUHLHAUSER STEEL, INC.'s ("MUHLHAUSER") motion to stay this action pending resolution of the underlying action. [ROA No. 29] MUHLHAUSER moves to stay this action on the basis that it should not be required to fight a two-front war – defending the underlying action while at the same time defending an action against it by its own insurance carrier – and that it would be unduly prejudicial to MUHLHAUSER. ACI is a nominal defendant in this case, named in only one of three causes of action, because it seeks damages against MUHLHAUSER in the underlying

action which potentially may be covered by the TRAVELERS policy.

ACI agrees that the case should be stayed as to MUHLHAUSER and, if that is the case, there is no basis to continue the coverage action as to ACI. Accordingly, MUHLHAUSER's motion should be granted and the entire case stayed pending resolution of the underlying action.

## I.

## ACI JOINS IN MUHLHAUSER'S MOTION TO STAY TO AVOID DUPLICATIVE MOTIONS ON SUBSTANTIALLY THE SAME GROUNDS

ACI's answer to TRAVELERS' complaint is being filed concurrently with this joinder. ACI has been advised that MUHLHAUSER is also answering the complaint and filing a motion to stay the action, which is set to be heard on February 27, 2025. [ROA No. 29] TRAVELERS' complaint seeks to establish that it has no duty to defend or indemnify its insured, MUHLHAUSER, and seeks reimbursement of defense fees and costs paid on behalf of MUHLHAUSER. ACI is named as a defendant by TRAVELERS on one cause of action, declaratory relief on the duty to indemnify, because ACI seeks damages from MUHLHAUSER in the underlying action. If, as MUHLHAUSER contends, the TRAVELERS action should be stayed pending resolution of the underlying action, then it necessarily has to be stayed as to all defendants. Because MUHLHAUSER's motion fully addresses the issue, and in an effort to avoid burdening this Court with its own duplicative motion, ACI hereby joins MUHLHAUSER's motion in lieu of bringing a separate motion to stay.

## II.

## MUHLHAUSER'S MOTION SHOULD BE GRANTED

The factual and legal basis for MUHLHAUSER's motion to stay is set forth in its motion and will not be repeated here. Suffice it to say that ACI would be unduly prejudiced by having to spend its time and resources pursuing relief in the underlying action, and defending cross-claims, while at the same time having to defend a coverage action in which it is, in reality, a nominal defendant. Indeed, it would be

especially unfair to ACI to require it to spend its time and resources in defending this action when it has been named as a defendant solely because it seeks damages from MUHLHAUSER in the underlying action.

## III.

## CONCLUSION

Based upon the foregoing, ACI respectfully joins in Defendant MUHLHAUSER's motion to stay this action pending resolution of the underlying action.

Dated: January 22, 2025    SCHULZ BRICK & ROGASKI

By: */s/ Jon S. Brick*
    Peter J. Schulz, Esq.
    Jon S. Brick, Esq.
    Attorneys for Defendant
    ANGELES CONTRACTOR, INC.