**THE AGUILERA LAW GROUP, APLC**
Eric Aguilera (SBN 192390)
eaguilera@aguileragroup.com
Lindsee Falcone (SBN 268072)
lfalcone@aguileragroup.com
V. René Daley (SBN 199914)
rdaley@aguileragroup.com
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601

Attorneys for Plaintiff,
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUHLHAUSER STEEL, INC., a California Corporation; ANGELES CONTRACTOR, INC., a California Corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 8:24-cv-01913-CV-ADS<br><br>**TRAVELERS' OBJECTIONS TO EVIDENCE SUBMITTED BY ANGELES CONTRACTOR, INC.**<br><br>Date: February 27, 2025<br>Time: 10:00 a.m.<br>Place: 6D, 6th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff The Travelers Indemnity Company of Connecticut ("Travelers") submits the following objections to the evidence submitted by Angeles Contractor, Inc. ("Angeles") regarding Angeles' Joinder in Motion to Stay:

1

**TRAVELERS' OBJECTIONS TO EVIDENCE SUBMITTED BY ANGELES CONTRACTOR, INC.**

| MATERIAL OBJECTED TO (AND DESCRIPTION OF MATERIAL) | OBJECTION |
|---|---|
| 1. Declaration of Jon S. Brick at paragraph 2, which states: "In the underlying action ACI seeks monetary damages against MUHLHAUSER. Because the damages ACI seeks in the underlying suit are potentially covered by the TRAVELERS insurance policy issued to MUHLHAUSER, TRAVELERS has named ACI as a defendant in this coverage action." | Improper opinion testimony/legal conclusion. Fed. R. Evidence 701.<br><br>Lack of Relevance. Fed. R. Evidence 401.<br><br>Lack of personal knowledge. Fed. R. Evidence 602. |
| 2. Declaration of Jon S. Brick at paragraph 5, which states: "The coverage issues TRAVELERS seeks to determine in this coverage action are dependent, at least in part, on issues raised and the outcome of the underlying litigation. Therefore, a stay of this action pending the resolution of the underlying action is appropriate." | Improper opinion testimony/legal conclusion. Fed. R. Evidence 701.<br><br>Lack of Relevance. Fed. R. Evidence 401.<br><br>Lack of personal knowledge. Fed. R. Evidence 602. |
| 3. Declaration of Jon S. Brick at paragraph 6, which states: "In addition, ACI was named as a defendant in TRAVELERS' coverage litigation on the sole basis that it seeks damages from MUHLHAUSER in the underlying litigation. It is extremely prejudicial to ACI to require it to spend | Improper opinion testimony/legal conclusion. Fed. R. Evidence 701.<br><br>Lack of Relevance. Fed. R. Evidence 401.<br><br>Lack of personal knowledge. Fed. R. Evidence 602. |

1

**TRAVELERS' OBJECTIONS TO EVIDENCE SUBMITTED BY ANGELES CONTRACTOR, INC.**

> significant time and resources litigating a coverage action between TRAVELERS and MUHLHAUSER while at the same time pursuing relief, and defending crossclaims, in the underlying action."

DATED:  February 6, 2024          THE AGUILERA LAW GROUP, APLC

*s/: Lindsee B. Falcone* _____
A. Eric Aguilera
Lindsee B. Falcone
V. René Daley
Counsel of record for plaintiff
The Travelers Indemnity Company of Connecticut

2

**TRAVELERS' OBJECTIONS TO EVIDENCE SUBMITTED BY ANGELES CONTRACTOR, INC.**