**THE AGUILERA LAW GROUP, APLC**
Eric Aguilera (SBN 192390)
eaguilera@aguileragroup.com
Lindsee Falcone (SBN 268072)
lfalcone@aguileragroup.com
V. René Daley (SBN 199914)
rdaley@aguileragroup.com
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601

Attorneys for Plaintiff, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MUHLHAUSER STEEL, INC., a California Corporation; ANGELES CONTRACTOR, INC., a California Corporation, and DOES 1 through 10 inclusive,<br><br>  Defendants. | CASE NO.: 8:24-cv-01913 CV (ADSx)<br><br>**PROOF OF SERVICE** |

t

# CERTIFICATE OF SERVICE

I, Brittney Sanchez, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within-action. My business address is 1505 McGowan Blvd., Marion, Iowa 52302. On **February 6, 2025**, I served a copy of the following documents:

**THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT'S OPPOSITION TO MUHLHAUSER STEEL, INC.'S MOTION TO STAY**

**DECLARATION OF LINDSEE B. FALCONE**

**TRAVELERS' OBJECTIONS TO EVIDENCE SUBMITTED BY ANGELES CONTRACTOR, INC.**

SERVED UPON:    SEE ATTACHED SERVICE LIST

☐ (ONLY BY ELECTRONIC TRAMSMISSION) Only by e-mailing the document(s) to the persons at the email address(es) listed based on notice provided on **February 6, 2025,** that during the Coronavirus (COVID-19) pandemic, this firm is working remotely, not able to send physical mail as usual, and is, therefore, using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on **February 6, 2025** I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **February 6, 2025**, at Marion, Iowa.

*/s/ Wendy J. Nunn*
Wendy J. Nunn

# SERVICE LIST

*Travelers v. Muhlhauser Steel, Inc., et al.*
USDC, Central District, Case No.: 8:24-cv-01913-CVD-ADS

| | |
|---|---|
| Peter J. Schulz, Esq.<br>Jon S. Brick, Esq.<br>**SCHULZ BRICK & ROGASKI**<br>600 West Broadway, Suite 960<br>San Diego, California 92101<br>Tel: (619) 234-3660<br>Fax: (619) 234-0626<br>pjs@sbrlawsd.com<br>jsb@sbrlawsd.com | Attorneys for Defendant,<br>**ANGELES CONTRACTOR, INC.** |
| John J. McLeod, Esq.<br>Paul C. Hirst, Esq.<br>**McLEOD LAW GROUP, A.P.C.**<br>1155 Camino Del Mar, Suite 510<br>Del Mar, California 92014<br>Telephone: (619) 236-9938<br>Facsimile: (619) 236-9943<br>jmcleod@mcleodlawgroup.com<br>phirst@mcleodlawgroup.com | Attorneys for Defendant,<br>**MUHLHAUSER STEEL, INC.** |