1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10   THE TRAVELERS INDEMNITY              Case No. 8:24-cv-01913-CV-ADS
     COMPANY OF CONNECTICUT, a
11   Connecticut Corporation,

12                                        **ORDER GRANTING EX PARTE
                                          APPLICATION OF ALL PARTIES
                                          TO CONTINUE DATES AND
13               Plaintiff,               DEADLINES IN SCHEDULING AND
                                          CASE MANAGEMENT ORDER**
14   v.
                                          **[DOC # 40]**
15   MULHAUSER STEEL, INC., a
     California Corporation; ANGELES
16   CONTRACTOR, INC., a California
     Corporation, and DOES 1 through 10,
17   inclusive,

18               Defendants.

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING EX PARTE APPLICATION TO CONTINUE DATES AND
DEADLINES IN SCHEDULING ORDER

On May 5, 2025, plaintiff The Travelers Indemnity Company of Connecticut ("Travelers"), defendant Muhlhauser Steel, Inc. ("Muhlhauser"), and defendant Angeles Contractor, Inc. ("ACI") (collectively the "Parties") filed an Ex Parte Application to Continue Dates and Deadlines in Scheduling and Case Management Order (Doc. # 40, "Ex Parte Application").

The Court, having considered the Parties' Ex Parte Application and good cause having been found, hereby GRANTS the Ex Parte Application and ORDERS that the dates and deadlines in this case are modified as follows:

| Trial and Final Pretrial Conference Dates | Court Order |
|---|---|
| Trial | 4/7/2026 at 9:00 a.m. |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* | 3/20/2026 at 1:30 p.m. |
| **Event**<br>Note: Hearings shall be on Fridays at 1:30 p.m. | **Court Order** |
| Fact Discovery Cut-Off | 9/22/2025 |
| Expert Disclosure (Initial) | 10/6/2025 |
| Expert Disclosure (Rebuttal) | 11/10/2025 |
| Expert Discovery Cut-Off | 11/24/2025 |
| Last Date to Hear Motions [Friday]<br>• Joint MSJ Brief due at least 28 days before hearing<br>• Supplemental Memoranda re MSJ (if any) due 14 days before hearing | 2/6/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 9/22/2025<br><br>☐ 1. Magistrate Judge<br>☐ 2. Court Mediation Panel<br>☒ 3. Private Mediation |
| Trial Filings (first round)<br>• Motions *in Limine*<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | 2/20/2025 |

1

ORDER GRANTING EX PARTE APPLICATION TO CONTINUE DATES AND
DEADLINES IN SCHEDULING ORDER

| Trial Filings (second round) | |
|---|---|
| • Oppositions to Motions *in Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed *Voir Dire* Questions, if any | 3/6/2025 |

**IT IS SO ORDERED**.

Dated: 5/19/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EX PARTE APPLICATION TO CONTINUE DATES AND
DEADLINES IN SCHEDULING ORDER